# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

| | |
|---|---|
| **STRIKE 3 HOLDINGS, LLC,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| V. | )     **CIVIL ACTION NO. SA-23-CA-01352-FB** |
| | ) |
| **JOHN DOE SUBSCRIBER ASSIGNED** | ) |
| **IP ADDRESS 24.160.5.185,** | ) |
| | ) |
| Defendant. | ) |

## ORDER OF DISMISSAL WITHOUT PREJUDICE AND JUDGMENT

Before the Court is Plaintiff's Notice of Voluntary Dismissal Without Prejudice of John Doe (docket no. 9), filed on May 28, 2024. This case was administratively closed on January 17, 2024. Plaintiff now stipulates pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) that the above entitled action against Defendant John Doe is voluntarily dismissed without prejudice. This stipulation is made before Defendant Doe served either an answer or a motion for summary judgment.

ACCORDINGLY, IT IS ORDERED, ADJUDGED and DECREED that the Order of Administrative Closure (contained within docket no. 9) is LIFTED for the limited purpose of REOPENING this case so that this Order of Dismissal Without Prejudice and Judgment can be entered.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that, pursuant to Plaintiff's Notice of Voluntary Dismissal (docket no. 9) and Federal Rule of Civil Procedure 41(a)(1)(A)(i), the above styled and numbered cause is DISMISSED WITHOUT PREJUDICE.

IT IS FINALLY ORDERED, ADJUDGED and DECREED that motions pending with the Court, if any, are Dismissed as Moot and this case is CLOSED.

It is so ORDERED.

SIGNED this 29th day of May, 2024.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE